Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 18-14819 / CMG**

Mitchell Leibman

Petition Filed Date: 03/13/2018  
341 Hearing Date: 04/12/2018  
Confirmation Date: 10/03/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $740.00 | 25428546134 | 02/05/2019 | $740.00 | 24939734545 | 03/19/2019 | $740.00 | 25428547631 |
| 04/02/2019 | $740.00 | 25493286306 | 04/08/2019 | $150.00 | 24939738044 | 04/29/2019 | $740.00 | 58129160 |
| 05/30/2019 | $740.00 | 58956210 | 07/01/2019 | $740.00 | 59822720 | 08/01/2019 | $740.00 | 60587900 |
| 09/03/2019 | $740.00 | 61400080 | 10/01/2019 | $740.00 | 62175820 | 10/01/2019 | ($740.00) | 62175820 |
| 10/01/2019 | $740.00 | 62175820 | 10/31/2019 | $740.00 | 62918640 | 12/04/2019 | $740.00 | 63796350 |

**Total Receipts for the Period: $9,030.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mitchell Leibman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT G SWAN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $994.59 | $0.00 | $994.59 |
| 2 | MTGLQ INVESTORS<br>»»  P/4 TOWER RD/1ST MTG/WELLS FARGO | Mortgage Arrears | $36,480.92 | $11,594.46 | $24,886.46 |
| 3 | WELLS FARGO DEALER SERVICES<br>»»  2013 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $233.25 | $0.00 | $233.25 |

**Chapter 13 Case No. 18-14819 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,450.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $13,094.46 | Current Monthly Payment: | $740.00 |
| Paid to Trustee: | $982.10 | Arrearages: | $730.00 |
| Funds on Hand: | $1,373.44 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**