B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re  Mitchell Leibman  ,    Case No. 18-14819-CMG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB
d/b/a Christiana Trust, not individually but as
Trustee for Pretium Mortgage Acquisition Trust
Name of Transferee

MTGLQ Investors, LP
C/O Rushmore Loan Management Services
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042

Phone: (877) 735-3637
Last Four Digits of Acct #: 8721

Court Claim # (if known): 2-1
Amount of Claim: $348,885.06
Date Claim Filed: 4/11/2018

Phone: 888-699-5600
Last Four Digits of Acct. #: 1968

Name and Address where transferee payments should be sent (if different from above):
c/o Selene Finance LP
Attention Cashiering P.O. Box 71243
Philadelphia, PA 19176-6243

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jonathan Schwalb    Date: 09/09/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of ____New Jersey____

In re ____Mitchell Leibman____,    Case No. __18-14819-CMG__

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. __2-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

MTGLQ Investors, LP
C/O Rushmore Loan Management Services

Name of Transferee

Wilmington Savings Fund Society, FSB
d/b/a Christiana Trust, not individually but as
Trustee for Pretium Mortgage Acquisition Trust

Address of Alleged Transferor:

c/o Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

Address of Transferee:

c/o Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                            **CLERK OF THE COURT**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Hon. Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |