UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

In Re:

Mitchell Leibman

Debtor

**Order Filed on November 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-14819-CMG

Chapter: 13

Hearing Date:
October 21, 2020

Hon. Judge:
Christine M. Gravelle

**ORDER RESOLVING POST-PETITION DEFAULT**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Robert G. Swan, Esq. |
| Property (Collateral): | 4 Tower Rd, Upper Freehold, NJ 08514-1709 |

For good cause shown, it is **ORDERED** that Debtor's post-petition default is resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for  months, from **February 1, 2020** to **October 1, 2020**.
- The Debtor is overdue for **1** payment at **$2,297.41** per month.
- The Debtor is overdue for **8** payments at **$2,318.09** per month.
- The debtor is due for **$531.00** in attorney's fees and costs.
- The Debtor has **$310.07** in post-petition suspense.

    Total Arrearages Due: **$21,063.06**

2. Cure for Post-Petition Arrearages:

- The Debtor shall tender a payment of **$10,000.00** on or before **October 31, 2020**.
- The Debtor shall tender the remaining arrears of **$11,063.06** by November 15, 2020.
- Beginning on **November 1, 2020**, regular monthly payments shall resume in the amount of **$2,318.09**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:    **Selene Finance LP**
    Attention: Cashiering
    P.O. Box 71243
    Philadelphia, PA 19176-6243

- In the event of default:

If the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying

the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.