Order Filed on November 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust | Case No.: 18-14819-CMG<br><br>Chapter: 13<br><br>Hearing Date:<br>October 21, 2020<br><br>Hon. Judge:<br>Christine M. Gravelle |
| In Re:<br><br>Mitchell Leibman<br><br>Debtor | |

**ORDER RESOLVING POST-PETITION DEFAULT**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 6, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Robert G. Swan, Esq. |
| Property (Collateral): | 4 Tower Rd, Upper Freehold, NJ 08514-1709 |

For good cause shown, it is **ORDERED** that Debtor's post-petition default is resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for  months, from **February 1, 2020** to **October 1, 2020**.
- The Debtor is overdue for **1** payment at **$2,297.41** per month.
- The Debtor is overdue for **8** payments at **$2,318.09** per month.
- The debtor is due for **$531.00** in attorney's fees and costs.
- The Debtor has **$310.07** in post-petition suspense.

    Total Arrearages Due: **$21,063.06**

2. Cure for Post-Petition Arrearages:

- The Debtor shall tender a payment of **$10,000.00** on or before **October 31, 2020**.
- The Debtor shall tender the remaining arrears of **$11,063.06** by November 15, 2020.
- Beginning on **November 1, 2020**, regular monthly payments shall resume in the amount of **$2,318.09**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

| | |
|---|---|
| Payments: | **Selene Finance LP**<br>Attention: Cashiering<br>P.O. Box 71243<br>Philadelphia, PA 19176-6243 |

- In the event of default:

If the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying

the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14819-CMG |
| Mitchell Leibman | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mitchell Leibman, 4 Tower Rd, Cream Ridge, NJ 08514-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert G. Swan | on behalf of Debtor Mitchell Leibman lawofficeofrswan@aol.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 06, 2020 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8