| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-14819 / CMG**

Mitchell Leibman

Petition Filed Date: 03/13/2018
341 Hearing Date: 04/12/2018
Confirmation Date: 10/03/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $740.00 | 64599640 | 02/05/2020 | $740.00 | 65335470 | 03/04/2020 | $740.00 | 66162090 |
| 06/24/2020 | $600.00 | 68863570 | 06/26/2020 | $140.00 | 68915760 | 07/28/2020 | $1,480.00 | 69699300 |
| 08/10/2020 | $740.00 | 70040460 | 08/31/2020 | $740.00 | 70468380 | 09/30/2020 | $768.00 | 71215970 |
| 10/26/2020 | $768.00 | 71836100 | 12/01/2020 | $768.00 | 72735990 | 01/04/2021 | $768.00 | 73430600 |
| 02/02/2021 | $768.00 | 74189230 | | | | | | |

**Total Receipts for the Period: $9,760.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,730.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Mitchell Leibman | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT G SWAN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $994.59 | $0.00 | $994.59 |
| 2 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» P/4 TOWER RD/1ST MTG/WELLS FARGO/MTGLQ | Mortgage Arrears | $36,480.92 | $19,118.12 | $17,362.80 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 2013 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $233.25 | $0.00 | $233.25 |

**Chapter 13 Case No. 18-14819 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,730.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $20,618.12 | Current Monthly Payment: | $768.00 |
| Paid to Trustee: | $1,669.58 | Arrearages: | $768.00 |
| Funds on Hand: | $1,442.30 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**