| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Selene Finance, LP as Servicer<br>for Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee<br>for Pretium Mortgage Acquisition Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br><br>IN RE:<br><br>Mitchell Leibman<br><br>Debtor | Order Filed on December 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>CASE NO.: 18-14819-CMG<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Christine M. Gravelle<br><br>HEARING DATE: |

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED:** December 29, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Certification of Default of Selene Finance, LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 4 Tower Road, Upper Freehold, NJ 08514

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Selene Finance, LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 4 Tower Road, Upper Freehold, NJ 08514; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Co-Debtor stay against "Gwendolyn S. Leibman" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $200.00; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14819-CMG |
| Mitchell Leibman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mitchell Leibman, 4 Tower Rd, Cream Ridge, NJ 08514-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021                                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert G. Swan | on behalf of Debtor Mitchell Leibman lawofficeofrswan@aol.com |
| Shauna M Deluca | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust sdeluca@raslg.com |

District/off: 0312-3　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Dec 29, 2021　　　　　　　　　　　Form ID: pdf903　　　　　　　　　　　　　　Total Noticed: 1

U.S. Trustee
　　　　　　　　　　　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8