UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

In Re:

Mitchell Leibman

Case No.: 18-14819-CMG

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Hon. Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Katie Crotteau :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents Selene Finance LP in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On 01/04/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Vacating the Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 01/04/2022

/s/ Katie Crotteau
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Leibman<br>4 Tower Rd<br>Cream Ridge, NJ 08514-1709 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Robert G. Swan<br>Law office of Robert G. Swan<br>3720 Nottingham Way<br>Hamilton Square, NJ 08690 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |