UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on June 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Mitchell Leibman

Debtor(s)

Case No.: 18-14819 / CMG

Chapter 13

Hearing Date: 06/15/2022  at 9:00 AM

Judge: Christine M. Gravelle

**CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 15, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 18-14819-CMG

Mitchell Leibman                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2

Date Rcvd: Jun 15, 2022            Form ID: pdf903            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mitchell Leibman, 4 Tower Rd, Cream Ridge, NJ 08514-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert G. Swan | on behalf of Debtor Mitchell Leibman lawofficeofrswan@aol.com |
| Shauna M Deluca | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust sdeluca@hasbanilight.com, hllawpc@gmail.com |
| U.S. Trustee | |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 15, 2022                          Form ID: pdf903                            Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8